## LINDA STEWART-BROWNSTEIN *v.* CONCETTA CASEY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 92 Conn. App. 901 (AC 24748), is denied.

*Jeffrey D. Brownstein*, in support of the petition.

Decided February 8, 2006

## ANDREW OWENS *v.* COMMISSIONER OF CORRECTION

The petitioner Andrew Owens' petition for certification for appeal from the Appellate Court, 92 Conn. App. 312 (AC 25378), is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

*Nancy L. Chupak*, assistant state's attorney, in opposition.

Decided February 8, 2006

## ANGEL OCASIO *v.* COMMISSIONER OF CORRECTION

The petitioner Angel Ocasio's petition for certification for appeal from the Appellate Court, 92 Conn. App. 907 (AC 25635), is denied.

*April E. Brodeur*, special public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided February 8, 2006